UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-292(DSD/JMM)

Shannon Gilbert,

Plaintiff,

v.

**ORDER OF DISMISSAL**

NCO Financial Systems, Inc., et al.,

Defendants.

It appearing from the files and records that this case has been dormant for some time,

**NOW THEREFORE**, Sua Sponte because of lack of prosecution the case is **DISMISSED.**

**PROVIDED** that, the court will retain jurisdiction for ten days from the date hereof to afford counsel the opportunity, if so advised, to move to vacate this Order of Dismissal.

Dated: June 21, 2000

David S. Doty, Judge
United States District Court

FILED 6-23-00
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______