UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-292(DSD/JMM)

Shannon Gilbert,

Plaintiff,

v. **ORDER**

NCO Financial Systems, Inc., et al.,

Defendant.

**IT IS HEREBY ORDERED** that the court's order of dismissal dated June 21, 2000, is vacated.

Dated: June 23, 2000

David S. Doty, Judge
United States District Court

JUN 23 2000
FILED
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______